IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STREAMLINE PRODUCTION GROUP, LLC, | ) | Case No: 3:23-bk-02638 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Walker |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: September 27, 2023**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: October 18, 2023, at 11:00 a.m., in Courtroom 2, U.S. Customs House, 701 Broadway, Nashville, TN 37203 (Virtual Hearing if Allowed; See Court's Website for Details)**

**NOTICE OF MOTION OF TRUSTEE TO EMPLOY SPECIAL COUNSEL**

Eva M. Lemeh, Chapter 7 Trustee, has asked the court for the following relief: permission of the Court to employ special counsel.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before September 27, 2023, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584.

2. **Your response must state that the deadline for filing responses is September 27, 2023, the date of the scheduled hearing is October 18, 2023 and the motion to which you are responding is the Motion of Trustee to Employ Special Counsel.**

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must also mail a copy of your response or objection to:

| | | |
|---|---|---|
| Eva M. Lemeh, Trustee | United States Trustee | Phillip G. Young, Jr. |
| 380 Spring Creek Rd. | 701 Broadway, Customs House Suite 318 | Thompson Burton PLLC |
| Lebanon, TN 37087 | Nashville, TN 37203 | One Franklin Park |
| | | 6100 Tower Circle, Suite 200 |
| | | Franklin, TN 37067 |

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Dated: September 6, 2023

By: /s/ Eva M. Lemeh
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, TN 37087
Tel: 615-876-4862
Fax: 615-691-7382
Elmtrustee61@gmail.com

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STREAMLINE PRODUCTION GROUP, LLC, | ) | Case No: 3:23-bk-02638 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Walker |

## APPLICATION OF TRUSTEE TO EMPLOY SPECIAL COUNSEL

Eva M. Lemeh, Chapter 7 Trustee herein (the "Trustee"), respectfully represents the following to the Court:

1. The Trustee was duly appointed as Trustee in this Chapter 7 bankruptcy case, has been duly qualified, and is now serving in said capacity.

2. The Trustee requests approval of the employment of Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Franklin, Tennessee 37067, to represent the Trustee as special counsel in the above-captioned case, pursuant to 11 U.S.C. § 327(c).

3. Applicant anticipates that the services of Thompson Burton PLLC will consist of representation of the Trustee in assisting with evaluating and pursuing avoidance actions, except as noted in Paragraph 7 herein.

4. Applicant has selected Thompson Burton, PLLC as attorney in this matter because of their extensive experience and knowledge in the area of debtors' protection and creditors' rights, and in particular, bankruptcy litigation. Applicant believes that Thompson Burton is well qualified to perform the necessary legal services in connection with the pursuit and determination of these matters.

5. Thompson Burton PLLC has indicated its willingness to act on the Trustee's behalf. It is anticipated that Mr. Phillip G. Young, Jr. will be the primary professional performing work in this matter. Mr. Youngs's current billing rate is currently $475.00 per hour. Thompson Burton PLLC has other attorneys whose billing rate ranges between $225.00 - $475.00 per hour that might be asked to perform work. The rates reflected in this motion became effective January 1, 2023.

6. In addition to these fees, Applicant proposes to compensate Thompson Burton, for all out-of-pocket expenses, such as long distance telephone calls, photocopying charges, word processing copies, messenger service, travel expenses, filing fees, costs of subpoenas and depositions, publication fees, and other costs that may be required to advance on the estate's behalf in connection with this representation.

3

7. Neither Thompson Burton PLLC nor its lawyers have any conflict of interest in this representation as special counsel. Attorneys within Thompson Burton PLLC currently represent Wendi Zebell ("W. Zebell"), the ex-spouse of the principal of the Debtor, Justin Zebell ("J. Zebell") in her divorce proceedings and in the pending bankruptcy of J. Zebell; however, Thompson Burton PLLC does not represent W. Zebell in any matter related to this Debtor. W. Zebell has no claim against this Debtor, nor is there any known claim by this Debtor against W. Zebell. The Trustee is not aware of any issue in which she would be adverse to W. Zebell. Special Counsel for the Trustee will not assist the Trustee in any matters associated with W. Zebell. Additionally, attorneys within Thompson Burton PLLC have represented Highwoods Realty ("Highwoods"), the former landlord of the Debtor. The Debtor has vacated the space and there are no remaining issues involving Highwoods, other than the filing of a proof of claim should funds be available for distribution to unsecured creditors. Thompson Burton, PLLC's engagement in this matter is limited to pursuing avoidance actions; the Trustee is unaware of any such issue in which she might be adverse to Highwoods. Special Counsel for the Trustee will not assist the Trustee in any matters associated with Highwoods. The Unsworn Declaration of Phillip G. Young, Jr. is attached hereto as <u>Appendix A</u>. Thompson Burton PLLC's employment is in the best interest of the estate.

WHEREFORE, the Trustee respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: September 6, 2023.

Respectfully submitted,

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, Tennessee 37087
Telephone:  615-876-4862
Fax:  615-691-7382
Emltrustee61@gmail.com

Chapter 7 Trustee

# APPENDIX A

I VERIFY UNDER PENALTY OF PERJURY THAT THE STATEMENTS CONTAINED IN THE FOREGOING MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, AND THAT NEITHER I NOR ANY MEMBER OF THE LAW FIRM OF THOMPSON BURTON PLLC, HAVE ANY CONNECTION WITH THE DEBTOR, THE CREDITORS, OR ANY OTHER PARTY IN INTEREST (OTHER THAN THE TRUSTEE), THEIR RESPECTIVE ATTORNEYS AND ACCOUNTANTS EXCEPT AS DISCLOSED BELOW:

Attorneys within Thompson Burton PLLC (namely John Hollins and L.B. McCullum) currently represent Wendi Zebell ("W. Zebell"), the ex-spouse of the principal of the Debtor, Justin Zebell ("J. Zebell") in her divorce proceedings. The undersigned attorney is assisting W. Zebell in a pending bankruptcy filed by J. Zebell. Thompson Burton PLLC does not represent W. Zebell in any matter related to this Debtor, is unaware of any claim that W. Zebell holds against this Debtor, and is unaware of any claim that this Debtor holds against W. Zebell.

Additionally, attorneys within Thompson Burton PLLC (namely Ronn Steen) have represented Highwoods Realty ("Highwoods"), the former landlord of the Debtor, in this matter. The Debtor has vacated the space and there are no remaining issues involving Highwoods, other than the filing of a proof of claim should funds be available for distribution to unsecured creditors. Thompson Burton, PLLC's engagement in this matter is limited to pursuing avoidance actions; Special Counsel is unaware of any potential avoidance actions against Highwoods.

                                      */s/ Phillip G. Young, Jr.*
                                      Phillip G. Young, Jr.



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STREAMLINE PRODUCTION GROUP, LLC, | ) | Case No: 3:23-bk-02638 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Walker |

## ORDER TO EMPLOY SPECIAL COUNSEL

Upon consideration of the notice and motion of Eva M. Lemeh, Trustee, for authority to employ Thompson Burton PLLC as special counsel in connection with the above-styled matter, and it appearing that all members in the firm of Thompson Burton PLLC, are duly admitted to practice in this Court, and represent no interest adverse to this estate, and no objections having been filed;

And it appearing to the Court that employment of counsel in this matter is necessary;

It is hereby **ORDERED** that Eva M. Lemeh, Trustee, is authorized to employ Thompson Burton PLLC to represent her as special counsel in the above-styled estate, pursuant to 11 U.S.C. § 327(c).

Counsel for the Trustee will make application to the Court for approval of all fees.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, Tennessee 37087
Telephone:  615-876-4862
Fax:            615-691-7382
emltrustee61@gmail.com

Chapter 7 Trustee

## Certificate of Service

The undersigned hereby certifies that a copy of the preceding Application was electronically filed and served via the Court's ECF system this 6th day of September, 2023:

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee